=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 73  SSM 2
In the Matter of Ming Tung,
et al.,
            Appellants,
        v.
China Buddhist Association,
et al.,
            Respondents.




            Submitted by Alexander P. Kelly, for appellants.
            Submitted by Joseph Milano, for respondents.




*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *


On review of submissions pursuant to section 500.11 of the Rules,
order of the Appellate Division affirmed, without costs, for the
reasons stated by Justice Judith J. Gische at the Appellate
Division, First Department (124 AD3d 13 [2014]), and certified
question not answered upon the ground that it is unnecessary.
Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam,
Stein, Fahey and Garcia concur.


Decided February 18, 2016